# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| MARK THOMAS WRIGHT, | * |
| Plaintiff, | * |
| v. | * No. 4:18CV00079-SWW |
| TURNKEY HEALTH SERVICES; *et al.*, | * |
| Defendants. | * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 1st day of March, 2018.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE